THE CITY OF NEW YORK, Respondent, *v.* UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.

*Railroads — municipal corporations — action to recover expense of paving between and at sides of tracks.*

*City of New York* v. *Union Ry. Co. of N. Y. City,* 206 App. Div. 472, affirmed.

(Argued April 10, 1924; decided May 13, 1924.)

APPEAL from a judgment, entered November 30, 1923, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury and directing judgment in favor of plaintiff. The action was brought to recover the expense incurred by plaintiff in paving the area between the north- and south-bound tracks and the areas immediately adjoining the outer rail of each said track for a distance of two feet therefrom. Defendant claimed exemption under section 3 of chapter 340 of the Laws of 1892. The Appellate Division held that the exemption was repealed by chapter 434 of the Laws of 1893.

*Addison B. Scoville* and *Alfred T. Davison* for appellant.

*George P. Nicholson,* Corporation Counsel (*John F. O'Brien, Elliot S. Benedict* and *Charles W. Miller* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE CITY OF SYRACUSE, Respondent, *v.* THOMAS HOGAN, Appellant, Impleaded with Others.

*Real property — title — streets — action to remove alleged encroachment upon street.*

*City of Syracuse* v. *Hogan,* 204 App. Div. 902, reversed.

(Argued April 11, 1924; decided May 13, 1924.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial